**Dismiss and Opinion Filed February 26, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00211-CV

### IN RE KENNETH HALL, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-71471-HPM**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Lang

Before the Court is relator's post-conviction petition for writ of habeas corpus complaining that he was convicted based on evidence obtained from an unlawful arrest and from an unconstitutional search and seizure and that he was denied assistance of counsel. The facts and issues are well known to the parties, so we need not recount them herein. This Court lacks jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2010); *In re Hampton*, No. 05-07-00440-CV, 2007 WL 1168446 at *1 (Tex. App.–Dallas Apr. 20, 2007, orig. proceeding) (mem. op.). Accordingly, we **DISMISS** the petition for writ of habeas corpus.

140211F.P05

/Douglas S. Lang/
DOUGLAS LANG
JUSTICE